```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
LAMAR BROWN, on behalf of himself and all others               :
similarly situated,                                            :
                                                               :
                              Plaintiffs,                      :    23-cv-2809 (LJL)
                                                               :
        -v-                                                    :    ORDER
                                                               :
PACKED PARTY, INC.,                                            :
                                                               :
                              Defendant.                       :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/26/2023

LEWIS J. LIMAN, United States District Judge:

The parties have requested that the Court stay all deadlines in this case for forty-five (45) days so the parties can finalize a settlement.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order.  Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

    SO ORDERED.

Dated: September 26, 2023
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge